UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 



02-22...
CIV - HUCK
MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 1999 F-550 FORD TRUCK
VIN: 1FTWW32F3XEA81469 and ALL
ITS EQUIPMENT AND ACCESSORIES,

    Defendant.
_____/

## COMPLAINT FOR FORFEITURE

Plaintiff, the United States of America, files this complaint for forfeiture in rem and states:

1. This is a civil action for forfeiture in rem of One F-550 Ford Truck, VIN: 1FTWW32F3XEA81469 and all its equipment and accessories (hereinafter "defendant vehicle"). Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 1331 and 1355.

2. Venue lies in this district pursuant to 28 U.S.C. § 1395, in that the defendant vehicle is located within the Southern District of Florida and will remain within the district during the pendency of these proceedings.

3. The United States seeks forfeiture of the defendant vehicle pursuant to 19 U.S.C. § 1595a and 21 U.S.C. § 881(a)(4) on grounds that the defendant vehicle is property which is used or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance.



## STATEMENT OF PROBABLE CAUSE

4.  On April 18, 2002, agents from the United States Coast Guard and Customs seized 101 pounds of cocaine which was concealed in the aft compartment of a Bayliner boat which was traveling from Bimini in the Bahamas to Miami.

5.  The boat was seized and the two crew members, Jose Longo and Ricky Dotson were arrested and subsequently indicted for their involvement in the conspiracy to import the cocaine.

6.  Jose Longo ("Longo") told the agent that Randy Taylor was waiting for him at the marina with a blue Ford truck to accept delivery of the cocaine. Longo had in his possession a Florida motor vehicle registration certificate for the trailer which was hitched to the defendant vehicle at the marina on April 18, 2002..

7.  Based on that information, Customs agents went to the marina and saw Randy Taylor sitting in the defendant vehicle. The trailer was hitched to the back of the pickup.

8.  On or about May 6, 2002, the defendant vehicle was seized from Randy Taylor's residence for its involvement in the violation of 21 U.S.C. § 841 *et seq.*, which occurred on April 18, 2002.

9.  Randy Taylor told Customs agents that the only thing the defendant vehicle was guilty of was being with Taylor at the Marina to pick up Jose Longo.

10. On or about May 16, 2002, Randy Taylor was indicted for his involvement in the conspiracy to import the cocaine seized on April 18, 2002 in violation of 21 U.S.C. § 841 *et seq.*

11. By reason of the foregoing, the defendant vehicle is forfeit to the United States pursuant to 19 U.S.C. § 1595a (a) and 21 U.S.C. §§ 881 (a)(4) in that the defendant vehicle is a conveyance which was used, or intended for use to transport, or in any manner to facilitate the

transportation, sale, receipt, possession or concealment of cocaine in violation of 21 U.S.C. § 841 et seq.,

**WHEREFORE**, Plaintiff, United States of America requests the Court to declare the defendant vehicle condemned and forfeit to the United States of America, and further requests the Court to direct any and all persons having any claim to the vehicle to file and serve their verified claims and answers as required by Rule C (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18 United States Code, Section 983 (a)(4)(A) and (B), or suffer default thereof, to declare the defendant property condemned and forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981 (a)(1), for disposition according to law; and to grant the United States such other further relief as the Court deems just and proper, together with costs and disbursements of this action.

Respectfully submitted,

MARCOS DANIEL JIMINEZ
UNITED STATES ATTORNEY

By: *[signature]*
LORNETTE A. REYNOLDS
ASSISTANT U.S. ATTORNEY
Fla. Bar No. 035955
99 N.E. 4th Street
Seventh Floor
Miami, Florida 33132
Tel: (305) 961-9294
Fax: (305) 536-7599

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture In Rem and that the contents are true to the best of my knowledge and belief.

Executed on 9/30, 2002.

CHRISTOPHER CICCIONE
SPECIAL AGENT, CUSTOMS

4

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**02-CV-HUCK**

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ONE 1999 F-550 FORD TRUCK VIN# 1FTWW32F3XEA81469 and ALL ITS EQUIPMENT AND ACCESSORIES,

**MAGISTRATE JUDGE TURNOFF**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade 02CV 22904/HUCK/Turnoff

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

LORNETTE A. REYNOLDS, AUSA
99 NE 4TH STREET, 7th Floor
(305) 961-9294

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:  DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

LENGTH OF TRIAL
via  3  days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  9-30-2002

SIGNATURE OF ATTORNEY OF RECORD
*Lornette A. Reynolds*
LORNETTE A. REYNOLDS, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.